AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

FRANCISCO VALERIO a/k/a
FRANCISCO BALERIO a/k/a
ALEXIS RIVERA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1657-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  November 20, 2003  in  Essex  county, in the  District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport,

in violation of Title  18  United States Code, Section(s)  1542 .

I further state that I am a(n)  Special Agent, DSS  and that this complaint is based on the following
                                     Official Title
facts:
See attached affidavit of DSS Special Agent Kevin G. Tehan

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004                                        at        Boston, Massachusetts
Date

CHARLES B. SWARTWOOD III
United States Magistrate Judge                    _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.