# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
Rev. 5/98

**IN UNITED STATES** ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

| IN THE CASE | | LOCATION NUMBER |
|---|---|---|
| U.S.  V.S. _____ | FOR _____ | |
| Francisco Valerio | AT _____ | |

**PERSON REPRESENTED** (Show your full name)

Francisco Valerio

| | |
|---|---|
| 1 ☑ Defendant—Adult | **DOCKET NUMBERS** |
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

---

**EMPLOY-MENT**

( *seprates* )

Are you now ☑ Yes ☐ No ☐ Am Self-Employed

Name and address of employer: *Murry's Club*

**IF YES**, how much do you earn per month? $ ~ 500.00

**IF NO**, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☑ No

**IF YES**, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ ~ 1000

SOURCES *trading automobiles*

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No **IF YES**, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE _____   DESCRIPTION _____

---

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☑ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 1. Rent | | $ | 300.00 |
| 2. JJ | Jewelry Store | $ 300.00 | -0- |
| | | $ | |
| | | $ | |
| | | $ | |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ *Froncisco-J Valerio*