UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> FRANCISCO VALERIO, a/k/a ) <br> FRANCISCO BALERIO, a/k/a ) <br> ALEXIS RIVERA, ) <br> Defendant, ) <br> ) | CRIMINAL ACTION <br> NO. 04-1657-CBS |

**MEMORANDUM OF PROBABLE CAUSE AND**
**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
March 1, 2004

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On February 19, 2004, a criminal Complaint was filed, charging Francisco Valerio, a/k/a Francisco Balerio, a/k/a Alexis Rivera ("Mr. Valerio"), with willfully and knowingly making a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, in violation of 18 U.S.C. § 1542.

At Mr. Valerio's initial appearance on February 19, 2004 in connection with this Complaint, he was advised of his right to a preliminary examination  in accordance with Fed. R. Crim. P.

5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. 3142(f)(2)(A)(risk of flight).

On February 27, 2004, a consolidated probable cause/detention hearing was held and at that hearing, Mr. Valerio waived his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1, and assented to an order of detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention

In accordance with the foregoing memorandum, IT IS ORDERED:

1.  That Mr. Valerio be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Valerio be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Valerio is detained and confined shall deliver Mr. Valerio to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/S/CHARLES B. SWARTWOOD, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE